UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                                  )
          v.                   )       Criminal No. 22-CR-10031-AK
                                  )
LUIS PEREZ FRIAS,            )
           Defendant.        )

**<u>FINAL ORDER OF FORFEITURE</u>**

**KELLEY, D.J.**

WHEREAS, on June 11, 2024, in connection with the charges against defendant Luis Perez Frias (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

      a.     $1,720 in United States currency, seized from 10 Clarence Terrace, Lawrence, Massachusetts, on or about December 15, 2021 (the "Currency");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on June 19, 2024, and ending on July 18, 2024; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.     The United States' Motion for a Final Order of Forfeiture is allowed.

2.     The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.      All other parties having any right, title or interest in the Currency are hereby held
in default.

4.      The United States is hereby authorized to dispose of the Currency in accordance
with applicable law.

5.      This Court shall retain jurisdiction in the case for the purpose of enforcing this
Order.

_/s/ Angel Kelley_____

ANGEL KELLEY
United States District Judge

Dated: _8/29/2024_____